**DISMISS and Opinion Filed March 26, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00081-CR

**JUAN RUBEN SANCHEZ CERDA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 229th District Court**
**Starr County, Texas**
**Trial Court Cause No. 14-CR-372**

## MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Garcia

On April 22, 2015, Juan Ruben Sanchez Cerda was convicted of murder and sentenced to thirty-eight years' imprisonment. His conviction was affirmed on appeal on July 6, 2016. *See Sanchez-Cerda v. State*, No. 04-15-00344-CR, 2016 WL 3625991 (Tex. App.—San Antonio July 6, 2016). The court of appeals issued its mandate on September 12, 2016.

On January 4, 2024, appellant filed in the court of appeals[1] "Notice of Right to Object/Appeal." In the notice, appellant requests an extension of sixty days to file a motion for new trial and "make written objections to the proposed findings, conclusions and recommendations contained in the report."

This Court lacks jurisdiction to consider a second appeal from appellant's final conviction. The exclusive post-conviction remedy in final felony convictions in Texas courts is by a writ of habeas corpus under article 11.07 of the Texas Code of Criminal Procedure. TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (providing that "[a]fter conviction, the procedure outlined in this Act shall be exclusive and any other proceeding shall be void and of no force and effect in discharging the prisoner"); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991). Jurisdiction to grant post-conviction habeas corpus relief in felony cases rests exclusively with the Texas Court of Criminal Appeals. CRIM. PROC. art. 11.07, § 3; *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1985).

Because we lack jurisdiction, we dismiss this appeal.

/Dennise Garcia/

Do Not Publish
TEX. R. APP. P. 47.2(b)
240081F.U05

DENNISE GARCIA
JUSTICE

---

[1] Appellant filed the document in the 4th Court of Appeals at San Antonio. The case was transferred to this Court by order of the Texas Supreme Court.



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JUAN RUBEN SANCHEZ CERDA,
Appellant

No. 05-24-00081-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 229th District
Court, Starr County, Texas
Trial Court Cause No. 14-CR-372.
Opinion delivered by Justice Garcia.
Justices Breedlove and Kennedy
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered March 26, 2024